APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Bryan M. Armstrong
(Please print)

STREET ADDRESS: 3216 W. Fulton St 2nd Flr

CITY/STATE/ZIP: Chicago IL 60624

PHONE NUMBER: (312) 388-9192

CASE NUMBER: 1:13-cv-05727
Judge Sharon Johnson Coleman
Magistrate Judge Daniel G. Martin

Signature: Bryan Armstrong

Date: August 12 2013

FILED
AUG 1 2 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT