(Rev. 03/09)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Plaintiff(s) **Bryan M. Armstrong**
**Darice Armstrong**
v.

Defendant(s) **City of Chicago**

1:13-cv-05727
Judge Sharon Johnson Coleman
Magistrate Judge Daniel G. Martin

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of this motion]

1. I, **Bryan Armstrong**, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation (NOTE: This item must be completed):

   **DO NOT HAVE THAT INFORMATION AT FILING DATE**

   but I have been unable to find an attorney because:

   FILED
   AUG 12 2013
   THOMAS G BRUTON
   CLERK, U S DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. [✓] (Check one box) In further support of my motion, I declare that my highest level of education is:

   [ ] Grammar school only  [ ] Some high school  [✓] High school graduate
   [ ] Some college  [ ] College graduate  [ ] Post-graduate

6. [ ] (Check **only** if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited because English is not my primary language

7. [ ] (Check **only** if applicable) In further support of my motion, I declare that this form and other complaint forms were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program.

8. I declare under penalty that the foregoing is true and correct.

   _Bryan M. Armstrong_  
   Movant's Signature

   _3216 W. FULTON ST 2NDFL_  
   Street Address

   _August 12, 2013_  
   Date

   _Chicago IL 60624_  
   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | JUDGE Gottschall | Case Number: | 09 CV 1578 |
| Case Title: | Employment Discrimination | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | [ ] | | |

| Assigned Judge: | FEINERMAN | Case Number: | 12 CV 09566 |
| Case Title: | Foreclosure | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | [ ] | | |

| Assigned Judge: | Kennelly | Case Number: | 13 CV 5160 |
| Case Title: | Employment Discrimination | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | [✓] | | |

BACK

JUDGE GEORGE M. MAROVICH 13CV05548

CIVIL Rights

CASE IS STILL Pending